UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| **FRANCISCO ANDRICKS PENA** | **CASE NO. 1:24-CV-00316 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **WARDEN FCI POLLOCK** | **MAGISTRATE JUDGE PEREZ-MONTES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 5), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS DONE AND SIGNED in Chambers on this 24th day of June, 2024.

_____
**JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT JUDGE**